1   Michael S. Elkin (*pro hac vice* application forthcoming)
    melkin@winston.com
2   **WINSTON & STRAWN LLP**
    200 Park Avenue
3   New York, New York 10166
    Telephone:  (212) 294-6700
4   Facsimile:   (212) 294-4700

5   Jennifer A. Golinveaux (SBN: 203056)
    jgolinveaux@winston.com
6   **WINSTON & STRAWN LLP**
    101 California Street
7   San Francisco, California 94111-5802
    Telephone:  (415) 591-1506
8   Facsimile:   (415) 591-1400

9   Erin R. Ranahan (SBN: 235286)
    eranahan@winston.com
10  **WINSTON & STRAWN LLP**
    333 S. Grand Avenue, 38th Floor
11  Los Angeles, California 90071-1543
    Telephone:  (213) 615-1700
12  Facsimile:   (213) 615-1750

13  Attorneys for Plaintiff
    DFA PVA II PARTNERS, LLC

14

15            **UNITED STATES DISTRICT COURT**

16            **CENTRAL DISTRICT OF CALIFORNIA**

17  DFA PVA II PARTNERS, LLC a          Case No. **CV11- 06851**PSG(FFMx)
    Delaware limited liability company,
18
                                         **COMPLAINT FOR TRADEMARK**
19            Plaintiff,                  **INFRINGEMENT AND DILUTION,**
          v.                              **FALSE ADVERTISING, AND**
20                                        **UNFAIR COMPETITION**
    IMG WORLDWIDE, INC., an Ohio
21  corporation; USA VOLLEYBALL, a       **DEMAND FOR JURY TRIAL**
    Colorado corporation; LEVERAGE
22  AGENCY LLC, a New York limited
    liability company; and DOES 1-10,
23
            Defendants.
24

25

26

27

28

---

COMPLAINT; DEMAND FOR JURY TRIAL

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

COPY

**Winston & Strawn LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543

1    Plaintiff DFA PVA II Partners, LLC ("Plaintiff") brings this Complaint against

2    defendants IMG Worldwide, Inc. ("IMG"), USA Volleyball, Inc. ("USAV"), and

3    Leverage Agency LLC ("Leverage Agency") (collectively "Defendants") for

4    injunctive relief and damages and alleges as follows:

5                   **JURISDICTION AND VENUE**

6    1.    This Court has subject matter jurisdiction over the entire action pursuant

7    to 28 U.S.C. §§1331 and 1338 because it arises under the federal Lanham Act and

8    because the state-law claims are joined with related and substantial claims under the

9    federal trademark laws.

10    2.    This Court has personal jurisdiction over Defendants by virtue of their

11    transacting business in this District.

12    3.    Venue is proper in this District under 28 U.S.C. § 1391(b) because a

13    substantial portion of the events giving rise to the claims for relief stated in this

14    Complaint occurred in this District.

15                   **NATURE OF THE ACTION**

16    4.    This action for trademark infringement and related claims arises from

17    Defendants' willful infringement of Plaintiff's registered mark MANHATTAN

18    BEACH OPEN.  For decades, Plaintiff's predecessors-in-interest, AVP, Inc. and AVP

19    Pro Beach Volleyball Tour, Inc. ("AVP") organized, promoted, and conducted the

20    Manhattan Beach Open tournament, the preeminent beach volleyball tournament in

21    the United States.  Earlier this year, Plaintiff acquired AVP's assets out of bankruptcy,

22    including its famous and federally registered AVP and MANHATTAN BEACH

23    OPEN marks and associated goodwill.  Defendants indisputably were on notice of

24    those rights and Defendant USAV even had a representative—who was the former

25    Vice President of AVP—attend AVP's bankruptcy proceedings.  With full knowledge

26    of Plaintiff's acquisition, and seeking to capitalize on AVP's bankruptcy without

27    actually purchasing or otherwise obtaining any of its rights, Defendants have

28    proceeded to trade on AVP's famous marks, and are promoting an upcoming beach

1 │ volleyball tournament under the MANHATTAN BEACH OPEN mark.  Defendants'

2 │ use of Plaintiff's mark in connection with the very products and services for which the

3 │ mark is famous will destroy Plaintiff's brand, and effectively prevent Plaintiff from

4 │ utilizing it.  To halt and compensate Plaintiff for the ongoing harm that Defendants are

5 │ intentionally causing, Plaintiff is entitled to immediate injunctive relief, Defendants'

6 │ profits, treble damages and attorneys' fees in this exceptional case.

7 │ **PARTIES**

8 │      5.     Plaintiff DFA PVA II Partners, LLC is a limited liability corporation

9 │ organized and existing under the laws of Delaware.  Plaintiff has acquired by

10 │ assignment all rights to the federally registered mark MANHATTAN BEACH OPEN

11 │ and the associated goodwill of the mark.  Attached as Exhibits A and B are true and

12 │ correct copies of the documents recording the assignments obtained online from the

13 │ Trademark Application and Registration Retrieval System for the MANHATTAN

14 │ BEACH OPEN mark and the AVP mark.

15 │      6.     Defendant IMG Worldwide, Inc. ("IMG") describes itself as a global

16 │ sports, fashion, and media business.  It is a corporation established under the laws of

17 │ Ohio, with its principal place of business in New York.  IMG regularly transacts

18 │ business in this District.

19 │      7.     Defendant USA Volleyball ("USAV") is a nonprofit corporation

20 │ established under the laws of Colorado.  USAV maintains offices in Hermosa Beach,

21 │ California, and regularly transacts business in this District.

22 │      8.     Defendant Leverage Agency LLC is a New York limited liability

23 │ company with its principal place of business in New York.  Leverage Agency is

24 │ located and/or regularly transacts business in this District.

25 │      9.     Plaintiff does not know the true names and capacities of defendants Does

26 │ 1-10, inclusive, and therefore sues defendants by such fictitious names.  Plaintiff is

27 │ informed and believes and therefore alleges that each of these fictitiously named

28 │ defendants is responsible for the occurrences alleged in this Complaint, and that

*Winston & Strawn LLP*
*333 S. Grand Avenue*
*Los Angeles, CA 90071-1543*

2
COMPLAINT; DEMAND FOR JURY TRIAL

1   Plaintiff's damages alleged herein were proximately caused by such defendants'

2   actions.  When Plaintiff ascertains the true names and capacities of Does 1-10, it will

3   amend this Complaint accordingly.

4   **GENERAL ALLEGATIONS**

5   **Plaintiff and Its Famous AVP and MANHATTAN BEACH OPEN Marks**

6       10.    Historically, AVP, Inc. (Association of Volleyball Professionals) and its

7   subsidiary AVP Pro Beach Volleyball Tour, Inc. (collectively "AVP") have

8   organized, promoted, and conducted volleyball tournaments throughout the United

9   States.

10       11.    The marquee event of AVP's tour is the famous Manhattan Beach Open

11   beach volleyball tournament.

12       12.    The Manhattan Beach Open tournament has taken place annually for

13   each of the last fifty years.

14       13.    AVP has organized, promoted, and conducted the Manhattan Beach

15   Open beach volleyball tournament, since at least as early as 1986.

16       14.    The Manhattan Beach Open has achieved widespread fame as the

17   preeminent beach volleyball tournament in the United States.

18       15.    Recent newspaper articles have referred to the Manhattan Beach Open as

19   the:

20       a.  "precursor to everything that has developed in beach volleyball

21         including the Olympics";

22       b.  "Masters of beach volleyball";

23       c.  "best and most historic beach volleyball tournament in the world";

24       d.  "sport's premiere event";

25       e.  "Wimbledon of beach volleyball";

26       f.  "Super Bowl of beach volleyball";

27       g.  "Grand Daddy of all Beach Volleyball Tourneys";

28       h.  "one tournament that all players want to play in"; and as having

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

3

i. "stood the test of time."

16.     Through AVP's use of the mark MANHATTAN BEACH OPEN for decades in connection with promoting, organizing and conducting its beach volleyball tournament, and related goods and services, the brand has become widely associated with AVP and as the premier event in American beach volleyball.

17.     Through use of the marks continuously since at least as early as 1986, AVP developed strong common-law rights in the AVP and MANHATTAN BEACH OPEN marks.  Through longstanding use and promotion the marks have achieved distinctiveness and widespread fame long before Defendants began using the mark MANHATTAN BEACH OPEN.

18.     AVP obtained U.S. federal trademark registration for the mark AVP, Registration No. 2,755,382, for goods and services in connection with volleyball and tournaments.  This registration is valid and enforceable and incontestable under Section 15 of the Lanham Act, 15 U.S.C. §1065.  Exhibit A is a true and correct copy of the registration certificate.

19.     AVP obtained U.S. federal trademark registration for the mark MANHATTAN BEACH OPEN, Registration No. 3,561,090, for the following services:

> Entertainment services, namely, arranging, organizing, and conducting athletic competitions, exhibitions, and community festivals and cultural events in the nature of volleyball games, tournaments and competitions, featuring live music concerts, DJs, visual and audio performances and dance performances.

This registration is valid and enforceable.  Exhibit B is a true and correct copy of the registration certificate.

20.     In August 2010, AVP filed for bankruptcy.

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

4

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

1    21.    Plaintiff is informed and believes and therefore alleges that Defendants

2    have been aware of AVP and its AVP and MANHATTAN BEACH OPEN marks for

3    years.

4    22.    A representative of Defendant USAV, Dave Williams, who was the Vice

5    President of AVP until mid-2010, attended a number of AVP's bankruptcy

6    proceedings.

7    23.    Between late 2010 and March 2011, Plaintiff won the bankruptcy

8    auction, and acquired AVP's assets, including the AVP and MANHATTAN BEACH

9    OPEN marks and associated goodwill and trademark registrations for those marks.

10    24.    Plaintiff is informed and believes and therefore alleges that Defendants

11    were aware of Plaintiff's acquisition of AVP's assets, including the AVP and

12    MANHATTAN BEACH OPEN marks, before Defendants began using the

13    MANHATTAN BEACH OPEN mark to promote their upcoming beach volleyball

14    tournament.

15    **Defendants' Willful Infringement of the MANHATTAN BEACH OPEN Mark**

16    25.    Plaintiff is informed and believes and therefore alleges that, in late 2010,

17    knowing of AVP's pending bankruptcy, Defendants IMG and USAV partnered to

18    organize, conduct, and promote a series of commercial beach volleyball events.

19    26.    Plaintiff is informed and believes and therefore alleges that Defendants

20    IMG and USAV considered purchasing AVP's assets out of bankruptcy, and through

21    monitoring of the process were aware that the assets for sale included AVP's

22    intellectual property, including the registered AVP and MANHATTAN BEACH

23    OPEN marks.

24    27.    Defendants are using the mark MANHATTAN BEACH OPEN to

25    organize, promote, and conduct a commercial beach volleyball tournament planned

26    for August 26-28, 2011 in Manhattan Beach, California (the "Infringing Tournament")

27    in violation of Plaintiff's rights in the mark.

28

COMPLAINT; DEMAND FOR JURY TRIAL

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

28. Seeking to capitalize on the strength and fame of Plaintiff's MANHATTAN BEACH OPEN mark, Defendants have widely promoted the Infringing Tournament as the Manhattan Beach Open tournament.

29. Plaintiff is informed and believes and therefore alleges that Defendant Leverage Agency sold advertising for and sponsorship of the Infringing Tournament, and promoted it as the Manhattan Beach Open tournament.

30. Plaintiff is informed and believes and therefore alleges that Defendants have promoted the Infringing Tournament as the Manhattan Beach Open, with prior knowledge of Plaintiff's rights in the MANHATTAN BEACH OPEN mark and intending to usurp for themselves the fame and goodwill of that mark. Consequently, Defendants' conduct is willful, and this is an "exceptional" case within the meaning of section 35 of the Lanham Act, 15 U.S.C. § 1117.

31. Defendants' marketing of the Infringing Tournament as the Manhattan Beach Open is creating confusion, mistake or deception as to the origin, sponsorship or affiliation of the tournament.

32. Defendants' marketing of the Infringing Tournament as the Manhattan Beach Open is destroying Plaintiff's ability to promote its own events under its MANHATTAN BEACH OPEN mark, and to attract sponsors to such events.

33. Defendants' marketing of the Infringing Tournament as the Manhattan Beach Open is also impairing the distinctiveness and harming the reputation of Plaintiff's famous MANHATTAN BEACH OPEN mark and impairing Plaintiff's ability to utilize its mark.

34. Defendants' marketing of the Infringing Tournament as the Manhattan Beach Open is also creating confusion in the marketplace as to Defendants' affiliation with AVP and consequently impairing Plaintiff's rights in the AVP name and mark and its ability to utilize that name and mark.

35. Plaintiff has no adequate remedy at law, and will suffer irreparable injury to the goodwill of its marks, rights and business unless and until Defendants and any

6

1  others in active concert with them are immediately enjoined from continuing their

2  wrongful acts.

3      36.    Defendants' conduct has also deprived Plaintiff of money that rightfully

4  belongs to Plaintiff.

**FIRST CAUSE OF ACTION**

**Infringement of Federally Registered Trademarks**

**(Lanham Act §32, 15 U.S.C. § 1114)**

8      37.    Plaintiff repeats, realleges and incorporates each and every allegation of

9  the foregoing paragraphs as though fully set forth in this cause of action.

10     38.    Defendants have, through the conduct described above, infringed and

11  continue to infringe upon Plaintiff's federally registered trademark MANHATTAN

12  BEACH OPEN.

13     39.    As a consequence of Defendants' infringements, Plaintiff is entitled to

14  relief as set forth herein.

**SECOND CAUSE OF ACTION**

**(Violation of Lanham Act §43(a)(1)(A), 15 U.S.C. § 1125(a)(1)(A))**

17     40.    Plaintiff repeats, realleges and incorporates each and every allegation of

18  the foregoing paragraphs as though fully set forth in this cause of action.

19     41.    Defendants, through the conduct described above, on or in connection

20  with goods and/or services, have used and continue to use in commerce words, names,

21  terms, marks, false designations of origin and misleading descriptions which are likely

22  to cause confusion or mistake, or to deceive as to the affiliation, connection or

23  association of Defendants with Plaintiff, or as to the origin, sponsorship or approval of

24  Defendant's goods and services.

25     42.    As a consequence of Defendants' misconduct, Plaintiff is entitled to

26  relief as set forth below.

*Winston & Strawn LLP*
*333 S. Grand Avenue*
*Los Angeles, CA 90071-1543*

COMPLAINT; DEMAND FOR JURY TRIAL

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### THIRD CAUSE OF ACTION

### False Advertising

### (Lanham Act § 43(a)(I)(B), 15 U.S.C. § 1125(a)(I)(B))

43.    Plaintiff repeats, realleges and incorporates each and every allegation of the foregoing paragraphs as though fully set forth in this cause of action.

44.    Defendants, in connection with their commercial advertising and promotion, have misrepresented and continue to misrepresent the nature and qualities of Defendants' goods, services or commercial activities.

45.    As a consequence of Defendants' misconduct, Plaintiff is entitled to relief as set forth below.

### FOURTH CAUSE OF ACTION

### Unlawful Business Practices and False Advertising

### (California Business & Professions Code §§ 17200 and 17500)

46.    Plaintiff repeats, realleges and incorporates each and every allegation of the foregoing paragraphs as though fully set forth in this cause of action.

47.    Defendants, through the conduct and violations described above, have engaged in and propose to engage in unlawful business practices and false advertising in violation of California Business and Professions Code §§ 17200 and 17500.

48.    As a consequence of Defendants' violations, Plaintiff is entitled to relief as set forth below, including recovering money that rightfully belongs to Plaintiff.

### FIFTH CAUSE OF ACTION

### Trademark Infringement under California Law

### (California Business & Professions Code § 14335)

49.    Plaintiff repeats, realleges and incorporates each and every allegation of the foregoing paragraphs as though fully set forth in this cause of action.

50.    Defendants, through the conduct and violations described above, have engaged in, engage in, and propose to engage in infringement of Plaintiff's federally

8

1  registered trademark in violation of California Business and Professions Code §

2  14335.

3      51.    As a consequence of Defendants' violations, Plaintiff is entitled to the

4  relief as set forth below.

5  **SIXTH CAUSE OF ACTION**

6  **Trademark Dilution Under Federal Law**

7  **(Lanham Act Section 43(c), 15 U.S.C. § 1125(c))**

8      52.    Plaintiff repeats, realleges and incorporates each and every allegation of

9  the foregoing paragraphs as though fully set forth in this cause of action.

10      53.    Defendants commenced use of the MANHATTAN BEACH OPEN mark

11  in interstate commerce, after the mark was distinctive and famous.

12      54.    Defendants, through the conduct and violations described above, are

13  likely to dilute the distinctive quality of Plaintiff's famous MANHATTAN BEACH

14  OPEN mark, and such that it is less able to identify and distinguish Plaintiff's goods

15  and services and will injure Plaintiff's reputation.

16      55.    Defendants have intended to violate Plaintiff's rights under the Lanham

17  Act.

18      56.    As a consequence of Defendants' violations, Plaintiff is entitled to

19  injunctive and other relief as set forth below.

20  **SEVENTH CAUSE OF ACTION**

21  **Trademark Dilution Under California Law**

22  **(California Business & Professions Code §§14247, 14330)**

23      57.    Plaintiff repeats, realleges and incorporates each and every allegation of

24  the foregoing paragraphs as though fully set forth in this cause of action.

25      58.    Defendants, through the conduct and violations described above, are

26  likely to dilute the distinctive quality of the MANHATTAN BEACH OPEN

27  trademark.  Defendants are also likely to injure the business reputation of Plaintiff and

28  its predecessors with respect to that mark.

_Winston & Strawn LLP_
333 S. Grand Avenue
Los Angeles, CA 90071-1543

9

59.     As a consequence of Defendants' violations, Plaintiff is entitled to injunctive and other relief as set forth below.

### EIGHTH CAUSE OF ACTION

### Trademark Infringement and Unfair Competition

### Under California Common Law

60.     Plaintiff repeats, realleges and incorporates each and every allegation of the foregoing paragraphs as though fully set forth in this cause of action.

61.     Defendants, through the conduct and violations described above, have engaged in trademark infringement and unfair competition against Plaintiff under California common law.

62.     As a consequence of Defendants' violations, Plaintiff is entitled to relief as set forth below.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court for judgment as follows:

A.     Preliminarily and permanently enjoining Defendants, and all persons in active concert or participation with them

- from using names and marks confusingly similar to Plaintiff's, including the term MANHATTAN BEACH OPEN;

- from engaging in acts that dilute Plaintiff's MANHATTAN BEACH OPEN mark;

- from representing by any means whatsoever, directly or indirectly, that Defendants and their products are associated in any way with Plaintiff or its MANHATTAN BEACH OPEN goods or services, and from otherwise taking any other action likely to cause confusion, mistake, or deception on the part of consumers or the public; and

- from otherwise unfairly competing with Plaintiff or misappropriating its reputation and goodwill.

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

10

B.      Awarding Plaintiff its actual damages and Defendants' unjust and unlawful profits arising from Defendants' misconduct;

C.      Awarding Plaintiff additional damages three times the actual damages and profits;

D.      Ordering restitution to Plaintiff of Defendants' unjust enrichment and unlawful gains to the detriment of Plaintiff;

E.      Awarding Plaintiff exemplary damages in an amount to be determined in the enlightened conscience of the jury;

F.      Awarding Plaintiff its costs and attorneys' fees with respect to this action;

G.      Awarding Plaintiff such other and further relief as the Court deems just and equitable; and

H.      For prejudgment interest and post judgment interest at the legal rate.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all claims which are triable to a jury in this action.

Dated:  August 19, 2011                 WINSTON & STRAWN LLP


By:  _Erin R. Ranahan_____
        Michael S. Elkin
        Jennifer A. Golinveaux
        Erin R. Ranahan
        Attorneys for Plaintiff
        DFA PVA II PARTNERS, LLC

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

11

LA:298800.6

# EXHIBIT A

Int. Cls.: 25, 28 and 41

Prior U.S. Cls.: 22, 23, 38, 39, 50, 100, 101 and 107

Reg. No. 2,755,382

## United States Patent and Trademark Office

Registered Aug. 26, 2003

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

## AVP

ASSOCIATION OF VOLLEYBALL PROFESSION-
ALS, INC. (DELAWARE CORPORATION)
1600 ROSECRANS AVENUE
BUILDING 7, SUITE 310
MANHATTAN BEACH, CA 90266

FOR: CLOTHING, HEADWEAR, AND FOOT-
WEAR FOR MEN, WOMEN, AND CHILDREN,
NAMELY, WARM UP SUITS, JOGGING SUITS,
SWEAT SUITS, SWEAT PANTS AND SWEAT-
SHIRTS, LEOTARDS, BODY SUITS, JUMPSUITS,
SWIMWEAR, BATHING SUITS, BIKINIS, BEACH
AND BATHING COVER-UPS, SARONGS, COVER-
UPS, SKIRTS, DRESSES, SUITS, SLACKS, PANTS,
JEANS, SHORTS, SWEAT SHORTS, GYM SHORTS,
TOPS, BOTTOMS, FLEECE PULLOVERS, JACKETS,
COATS, SHIRTS, SPORT SHIRTS, T-SHIRTS, KNIT
SHIRTS, POLO SHIRTS, PULLOVERS, SWEATERS,
TANK TOPS, PARKAS, WIND RESISTANT JACK-
ETS, RAIN JACKETS, LEATHER JACKETS, FOOT-
WEAR, SHOES, BOOTS, SLIPPERS, ATHLETIC
FOOTWEAR, BASKETBALL SHOES, CASUAL
FOOTWEAR, SANDALS, BEACH SHOES, HEAD-
WEAR, HATS, BASEBALL HATS, VISORS, CAPS,
BEANIE CAPS, BERETS, HEADBANDS, WRIST-
BANDS, SLEEPWEAR, ROBES, PAJAMAS, NIGHT-
SHIRTS, RAINWEAR, LOUNGE WEAR,
UNDERWEAR, BRAS, EXERCISE BRAS, SPORTS
BRAS, PANTIES, BRIEFS, UNDERPANTS, BOXER
SHORTS, UNDERSHIRTS, HOSIERY, SOCKS, SAND
SOCKS, BEACH SOCKS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 6-0-1986; IN COMMERCE 6-0-1986.

FOR: SPORTING GOODS, NAMELY, VOLLEY-
BALL GAME PLAYING EQUIPMENT, VOLLEY-
BALLS, VOLLEYBALL AND SPORTS EQUIPMENT
BAGS, VOLLEYBALL NETS, VOLLEYBALL POLES,
VOLLEYBALL COURT LINES, AND VOLLEYBALL
NET ANTENNAS, IN CLASS 28 (U.S. CLS. 22, 23, 38
AND 50).

FIRST USE 6-0-1986; IN COMMERCE 6-0-1986.

FOR: ENTERTAINMENT SERVICES, NAMELY,
ARRANGING, ORGANIZING, AND CONDUCTING
ATHLETIC COMPETITIONS, EXHIBITIONS, AND
COMMUNITY FESTIVALS AND CULTURAL
EVENTS IN THE NATURE OF VOLLEYBALL
GAMES, TOURNAMENTS AND COMPETITIONS,
FEATURING LIVE MUSIC CONCERTS, DJS, VI-
SUAL AND AUDIO PERFORMANCES, AND
DANCE PERFORMANCES, IN CLASS 41 (U.S. CLS.
100, 101 AND 107).

FIRST USE 6-0-1986; IN COMMERCE 6-0-1986.

SER. NO. 76-393,030, FILED 4-8-2002.

GEORGE LORENZO, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2011-08-19 14:35:37 ET

**Serial Number:** 76393030 Assignment Information      Trademark Document Retrieval

**Registration Number:** 2755382

**Mark (words only):** AVP

**Standard Character claim:** No

**Current Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Date of Status:** 2010-03-02

**Filing Date:** 2002-04-08

**Transformed into a National Application:** No

**Registration Date:** 2003-08-26

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** M10 -TMO Law Office 110

**Date In Location:** 2010-03-02

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. DFA PVA II PARTNERS, LLC

**Address:**
DFA PVA II PARTNERS, LLC
712 FIFTH AVENUE, 14TH FLOOR
NEW YORK, NY 10019
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
CLOTHING, HEADWEAR, AND FOOTWEAR FOR MEN, WOMEN, AND CHILDREN, NAMELY,

WARM UP SUITS, JOGGING SUITS, SWEAT SUITS, SWEAT PANTS AND SWEATSHIRTS, LEOTARDS, BODY SUITS, JUMPSUITS, SWIMWEAR, BATHING SUITS, BIKINIS, BEACH AND BATHING COVER-UPS, COVER-UPS, PANTS, SHORTS, SWEAT SHORTS, GYM SHORTS, TOPS, BOTTOMS, FLEECE PULLOVERS, JACKETS, COATS, SHIRTS, SPORT SHIRTS, T-SHIRTS, KNIT SHIRTS, POLO SHIRTS, PULLOVERS, TANK TOPS, WIND RESISTANT JACKETS, RAIN JACKETS, FOOTWEAR, SHOES, BOOTS, SLIPPERS, ATHLETIC FOOTWEAR, CASUAL FOOTWEAR, SANDALS, BEACH SHOES, HEADWEAR, HATS, BASEBALL HATS, VISORS, CAPS, HEADBANDS, WRISTBANDS, SLEEPWEAR, PAJAMAS, RAINWEAR, UNDERWEAR, PANTIES, UNDERSHIRTS, SOCKS, SAND SOCKS, BEACH SOCKS

**Basis:** 1(a)
**First Use Date:** 1986-06-00
**First Use in Commerce Date:** 1986-06-00

**International Class:** 028
**Class Status:** Active
SPORTING GOODS, NAMELY, VOLLEYBALL GAME PLAYING EQUIPMENT, VOLLEYBALLS, VOLLEYBALL AND SPORTS EQUIPMENT BAGS, VOLLEYBALL NETS, VOLLEYBALL POLES, VOLLEYBALL COURT LINES, AND VOLLEYBALL NET ANTENNAS

**Basis:** 1(a)
**First Use Date:** 1986-06-00
**First Use in Commerce Date:** 1986-06-00

**International Class:** 041
**Class Status:** Active
ENTERTAINMENT SERVICES, NAMELY, ARRANGING, ORGANIZING, AND CONDUCTING ATHLETIC COMPETITIONS, EXHIBITIONS, AND COMMUNITY FESTIVALS AND CULTURAL EVENTS IN THE NATURE OF VOLLEYBALL GAMES, TOURNAMENTS AND COMPETITIONS, FEATURING LIVE MUSIC CONCERTS, DJS, VISUAL AND AUDIO PERFORMANCES, AND DANCE PERFORMANCES

**Basis:** 1(a)
**First Use Date:** 1986-06-00
**First Use in Commerce Date:** 1986-06-00

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-08-17 - Automatic Update Of Assignment Of Ownership

2010-07-27 - Applicant/Correspondence Changes (Non-Responsive) Entered

2010-07-27 - TEAS Change Of Owner Address Received

Latest Status Info                                                    Page 3 of 3

2010-03-02 - Section 8 (6-year) accepted & Section 15 acknowledged

2010-03-02 - Case Assigned To Post Registration Paralegal

2010-02-17 - TEAS Section 8 & 15 Received

2008-10-08 - Assignment Of Ownership Not Updated Automatically

2008-08-13 - Case File In TICRS

2003-08-26 - Registered - Principal Register

2003-06-03 - Published for opposition

2003-05-14 - Notice of publication

2003-03-21 - Approved for Pub - Principal Register (Initial exam)

2003-02-24 - Communication received from applicant

2003-02-24 - PAPER RECEIVED

2002-10-24 - Assigned To Examiner

2002-08-27 - Non-final action mailed

2002-08-26 - Assigned To Examiner

2002-08-14 - Assigned To Examiner

2002-08-01 - TEAS Change Of Correspondence Received

---

### ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Jonathan A. Hyman

**Correspondent**
Jonathan A. Hyman
Knobbe Martens Olson & Bear LLP
2040 MAIN STREET, 14TH FLOOR
IRVINE CA 92614
Phone Number: 310-551-3450
Fax Number: 949-760-9502

---

USPTO Assignments on the Web

Page 1 of 2

 **United States Patent and Trademark Office**

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 4**

| | | | |
|---|---|---|---|
| **Serial #:** 76393030 | **Filing Dt:** 04/08/2002 | **Reg #:** 2755382 | **Reg. Dt:** 08/26/2003 |

**Registrant:** Association of Volleyball Professionals,

**Mark:** AVP

**Assignment: 1**

**Reel/Frame:** 2731/0636   **Received:** 05/14/2003   **Recorded:** 05/12/2003   **Pages:** 6

**Conveyance:** SECURITY AGREEMENT

**Assignor:** ASSOCIATION OF VOLLEYBALL PROFESSIONALS, INC.     **Exec Dt:** 08/01/2002
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** ANSCHUTZ ENTERTAINMENT GROUP, INC.     **Entity Type:** CORPORATION
100 S. FLOWER STREET     **Citizenship:** COLORADO
SUITE 3200
LOS ANGELES, CALIFORNIA 90015

**Correspondent:** TED FIKRE
1100 S. FLOWER STREET
SUITE 3200
LOS ANGELES, CA 90015

**Assignment: 2**

**Reel/Frame:** 3865/0850   **Received:** 10/06/2008   **Recorded:** 10/06/2008   **Pages:** 3

**Conveyance:** CHANGE OF NAME

**Assignor:** ASSOCIATION OF VOLLEYBALL PROFESSIONALS, INC.     **Exec Dt:** 02/25/2005
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** AVP PRO BEACH VOLLEYBALL TOUR, INC.     **Entity Type:** CORPORATION
6100 CENTER DRIVE     **Citizenship:** DELAWARE
SUITE 900
LOS ANGELES, CALIFORNIA 90045

**Correspondent:** KNOBBE MARTENS OLSON & BEAR, LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

**Assignment: 3**

**Reel/Frame:** 3228/0714   **Received:** 01/17/2006   **Recorded:** 01/17/2006   **Pages:** 6

**Conveyance:** TERMINATION OF TRADEMARK SECURITY AGREEMENT

**Assignor:** ANSCHUTZ ENTERTAINMENT GROUP, INC.     **Exec Dt:** 12/13/2005
**Entity Type:** CORPORATION
**Citizenship:** COLORADO

**Assignee:** ASSOCIATION OF VOLLEYBALL PROFESSIONALS, INC.     **Entity Type:** CORPORATION
1600 ROSECRANS AVENUE     **Citizenship:** DELAWARE
BLDG. 7, SUITE 310
MANHATTAN BEACH, CALIFORNIA 90266

**Correspondent:** DANIEL ALMANZA - HOLME ROBERTS & OWEN
1700 LINCOLN ST.
SUITE 4100
DENVER, CO 80203

**Assignment: 4**

**Reel/Frame:** 4604/0286   **Received:** 08/12/2011   **Recorded:** 08/12/2011   **Pages:** 10

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

EXHIBIT A - Page 17

USPTO Assignments on the Web

| | | |
|---|---|---|
| **Assignors:** | AVP PRO BEACH VOLLEYBALL TOUR, INC. | **Exec Dt:** 03/22/2011 |
| | **Formerly:** FORMERLY ASSOCIATION OF VOLLEYBALL, INC. | **Entity Type:** CORPORATION |
| | | **Citizenship:** CALIFORNIA |
| | AVP, INC. | **Exec Dt:** 03/22/2011 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| **Assignee:** | DFA PVA II PARTNERS, LLC | **Entity Type:** CORPORATION |
| | 712 FIFTH AVENUE, 14TH FLOOR | **Citizenship:** DELAWARE |
| | NEW YORK, NEW YORK 10019 | |
| **Correspondent:** | MILORD A. KESHISHIAN | |
| | 2049 CENTURY PARK EAST, SUITE 3850 | |
| | LOS ANGELES, CA 90067 | |

Search Results as of: 08/19/2011 02:35 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# EXHIBIT B

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,561,090
Registered Jan. 13, 2009

### SERVICE MARK
#### PRINCIPAL REGISTER

## MANHATTAN BEACH OPEN

AVP PRO BEACH VOLLEYBALL TOUR, INC.
(DELAWARE CORPORATION)
6100 CENTER DRIVE, SUITE 900
LOS ANGELES, CA 90045

FOR: ENTERTAINMENT SERVICES, NAMELY, ARRANGING, ORGANIZING, AND CONDUCTING ATHLETIC COMPETITIONS, EXHIBITIONS, AND COMMUNITY FESTIVALS AND CULTURAL EVENTS IN THE NATURE OF VOLLEYBALL GAMES, TOURNAMENTS AND COMPETITIONS, FEATURING LIVE MUSIC CONCERTS, DJS, VISUAL AND AUDIO PERFORMANCES, AND DANCE PERFORMANCES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-2001; IN COMMERCE 0-0-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OPEN", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 77-975,989, FILED 11-21-2007.

RENEE MCCRAY, EXAMINING ATTORNEY

Latest Status Info                                                                      Page 1 of 3

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2011-08-19 14:36:30 ET

**Serial Number:** 77975989 Assignment Information          Trademark Document Retrieval

**Registration Number:** 3561090

**Mark**

# MANHATTAN BEACH OPEN

**(words only):** MANHATTAN BEACH OPEN

**Standard Character claim:** Yes

**Current Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Date of Status:** 2009-01-13

**Filing Date:** 2007-11-21

**Transformed into a National Application:** No

**Registration Date:** 2009-01-13

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2009-01-13

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. DFA PVA II PARTNERS, LLC

**Address:**
DFA PVA II PARTNERS, LLC
712 FIFTH AVENUE, 14TH FLOOR

EXHIBIT B - Page 21

NEW YORK, NY 10019
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

---

**International Class:** 041
**Class Status:** Active
Entertainment services, namely, arranging, organizing, and conducting athletic competitions, exhibitions, and community festivals and cultural events in the nature of volleyball games, tournaments and competitions, featuring live music concerts, djs, visual and audio performances, and dance performances
**Basis:** 1(a)
**First Use Date:** 2001-00-00
**First Use in Commerce Date:** 2001-00-00

---

## ADDITIONAL INFORMATION

---

**Disclaimer:** "OPEN"

**Section 2(f)**

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-08-17 - Automatic Update Of Assignment Of Ownership

2010-07-27 - Applicant/Correspondence Changes (Non-Responsive) Entered

2010-07-27 - TEAS Change Of Owner Address Received

2009-01-13 - Registered - Principal Register

2008-10-28 - Published for opposition

2008-10-08 - Notice of publication

2008-09-25 - Law Office Publication Review Completed

2008-09-23 - Approved for Pub - Principal Register (Initial exam)

2008-09-23 - Amendment to Use approved

2008-09-23 - Amendment To Use Processing Complete

Latest Status Info

2008-09-23 - Use Amendment Filed

2008-09-22 - Assigned To LIE

2008-09-11 - Divisional processing completed

2008-09-08 - Divisional request received

2008-09-10 - Case Assigned To Intent To Use Paralegal

2008-09-08 - TEAS Response to Office Action Received

2008-09-08 - FAX RECEIVED

2008-03-06 - Notification Of Non-Final Action E-Mailed

2008-03-06 - Non-final action e-mailed

2008-03-06 - Non-Final Action Written

2008-03-06 - Assigned To Examiner

2007-11-27 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Jonathan A. Hyman

**Correspondent**
Jonathan A. Hyman
Knobbe Martens Olson & Bear LLP
2040 MAIN STREET, 14TH FLOOR
IRVINE CA 92614
Phone Number: 310-551-3450
Fax Number: 949-760-9502

---



USPTO Assignments on the Web

Page 1 of 1

## United States Patent and Trademark Office

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help



### Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

    **Serial #:** 77975989    **Filing Dt:** 11/21/2007    **Reg #:** 3561090    **Reg. Dt:** 01/13/2009

    **Registrant:** AVP Pro Beach Volleyball Tour, Inc.

    **Mark:** MANHATTAN BEACH OPEN

**Assignment: 1**

    **Reel/Frame:** 4604/0286    **Received:** 08/12/2011    **Recorded:** 08/12/2011    **Pages:** 10

    **Conveyance:** ASSIGNS THE ENTIRE INTEREST

    **Assignors:** AVP PRO BEACH VOLLEYBALL TOUR, INC.    **Exec Dt:** 03/22/2011

        **Formerly:** FORMERLY ASSOCIATION OF VOLLEYBALL, INC.    **Entity Type:** CORPORATION

            **Citizenship:** CALIFORNIA

        AVP, INC.    **Exec Dt:** 03/22/2011

            **Entity Type:** CORPORATION

            **Citizenship:** DELAWARE

    **Assignee:** DFA PVA II PARTNERS, LLC    **Entity Type:** CORPORATION

        712 FIFTH AVENUE, 14TH FLOOR    **Citizenship:** DELAWARE

        NEW YORK, NEW YORK 10019

    **Correspondent:** MILORD A. KESHISHIAN

        2049 CENTURY PARK EAST, SUITE 3850

        LOS ANGELES, CA 90067

Search Results as of: 08/19/2011 02:36 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

## CV11- 6851 PSG (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Erin R. Ranahan (SBN: 235286)
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
T: (213) 615-1700
F: (213) 615-1750

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFA PVA II PARTNERS, LLC, a Delaware limited liability company,<br><br>                                        PLAINTIFF(S)<br><br>                                V.<br><br>IMG WORLDWIDE, INC., an Ohio corporation; USA VOLLEYBALL, a Colorado corporation; LEVERAGE AGENCY LLC, a New York limited liability company; and DOES 1-10<br><br>                                        DEFENDANT(S). | CASE NUMBER<br><br>CV11-06851 PSG (FFMX)<br><br><br><br>**SUMMONS** |

TO:DEFENDANT(S): _____

A lawsuit has been filed against you.

Within <u>21</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Erin R. Ranahan,</u> whose address is <u>c/o Winston & Strawn LLP, 333 S. Grand Avenue, Los Angeles, California 90071-1543</u> . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

AUG 1 9 2011

Dated: _____

By: _____
                Deputy Clerk

                (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

American LegalNet, Inc.
www.USCourtForms.com

Erin R. Ranahan (SBN: 235286)
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
T: (213) 615-1700
F: (213) 615-1750

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFA PVA II PARTNERS, LLC, a Delaware limited liability company,<br><br>PLAINTIFF(S)<br><br>V.<br><br>IMG WORLDWIDE, INC., an Ohio corporation; USA VOLLEYBALL, a Colorado corporation; LEVERAGE AGENCY LLC, a New York limited liability company; and DOES 1-10<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV11-06851 PSG(FFNx)<br><br><br>SUMMONS |

TO:DEFENDANT(S): _____

A lawsuit has been filed against you.

Within <u>21</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Erin R. Ranahan</u>, whose address is <u>c/o Winston & Strawn LLP, 333 S. Grand Avenue, Los Angeles, California 90071-1543</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

AUG 19 2011

JULIE PRADO   SEAL

Dated: _____     By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

COPY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| DFA PVA II PARTNERS, LLC, a Delaware limited liability company | IMG WORLDWIDE, INC., an Ohio corporation; USA VOLLEYBALL, a Colorado corporation; LEVERAGE AGENCY LLC, a New York limited liability company; and DOES 1-10 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Erin R. Ranahan (SBN: 235286) WINSTON & STRAWN LLP 333 S. Grand Avenue Los Angeles, CA 90071-1543 T: (213) 615-1700 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT: $** TBD

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
This action arises under the federal Lanham Act, 15 U.S.C. § 1114 and 15 U.S.C. § 1125, et seq., as a result of Defendants' infringement of Plaintiff's registered trademark MANHATTAN BEACH OPEN.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number:   CV11-06851

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

| CV-71 (05/08) | CIVIL COVER SHEET | American LegalNet, Inc. www.FormsWorkflow.com | Page 1 of 2 |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Delaware (DFA PVA II PARTNERS, LLC) |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles (USA Volleyball, Hermosa Beach) | New York (IMG and Leverage Agency); Colorado (USA Volleyball) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Erin R. Ranahan_ Date August 19, 2011
ERIN R. RANAHAN

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)  CIVIL COVER SHEET  Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com