FILED
CLERK, U.S. DISTRICT COURT

NOV 2 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

COPY

1   Michael S. Elkin (admitted *pro hac vice*)
    melkin@winston.com
2   **WINSTON & STRAWN LLP**
    200 Park Avenue
3   New York, New York 10166
    Telephone:  (212) 294-6700
4   Facsimile:  (212) 294-4700

5   Jennifer A. Golinveaux (SBN: 203056)
    jgolinveaux@winston.com
6   **WINSTON & STRAWN LLP**
    101 California Street
7   San Francisco, California 94111-5802
    Telephone:  (415) 591-1506
8   Facsimile:  (415) 591-1400

9   Erin R. Ranahan (SBN: 235286)
    eranahan@winston.com
10  **WINSTON & STRAWN LLP**
    333 S. Grand Avenue, 38th Floor
11  Los Angeles, California 90071-1543
    Telephone:  (213) 615-1700
12  Facsimile:  (213) 615-1750

13  Attorneys for Plaintiff
    DFA PVA II PARTNERS, LLC

14

15                **UNITED STATES DISTRICT COURT**

16               **CENTRAL DISTRICT OF CALIFORNIA**

17  DFA PVA II PARTNERS, LLC a          **Case No.  2:11-cv-06851-PSG -FFM**
    Delaware limited liability company,
18
                                         **FIRST AMENDED COMPLAINT
19          Plaintiff,                    FOR TRADEMARK
        v.                                INFRINGEMENT AND DILUTION,
20                                        FALSE ADVERTISING, AND
    IMG WORLDWIDE, INC., an Ohio         UNFAIR COMPETITION;**
21  corporation; USA VOLLEYBALL, a
    Colorado corporation; LEVERAGE       **DEMAND FOR JURY TRIAL**
22  AGENCY LLC, a New York limited
    liability company; JOSE CUERVO
23  INTERNATIONAL, INC., a Delaware
    corporation; U.S. TEQUILA CUERVO
24  LA ROJENA, S.A. DE C.V, a Mexico
    corporation; CITY OF MANHATTAN
25  BEACH; and DOES 1-10,

26          Defendants.

27

28

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

Plaintiff DFA PVA II Partners, LLC ("Plaintiff") brings this Complaint against defendants IMG Worldwide, Inc. ("IMG"), Leverage Agency LLC ("Leverage Agency"), USA Volleyball, Inc. ("USAV"), Jose Cuervo International. Inc., Tequila Cuervo La Rojeña, S.A. de C.V, and City of Manhattan Beach (collectively "Defendants") for trademark infringement and related causes of action, and alleges as follows:

## JURISDICTION AND VENUE

1.      This Court has subject matter jurisdiction over the entire action pursuant to 28 U.S.C. §§1331 and 1338 because it arises under the federal Lanham Act and because the state-law claims are joined with related and substantial claims under the federal trademark laws.

2.      This Court has personal jurisdiction over Defendants by virtue of their transacting business in this District.

3.      Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial portion of the events giving rise to the claims for relief stated in this Complaint occurred in this District.

## NATURE OF THE ACTION

4.      This action for trademark infringement and related claims arises from Defendants' willful infringement of Plaintiff's registered MANHATTAN BEACH OPEN (U.S. Registration No. 3,561,090) and AVP design mark (U.S. Registration No. 2,758,227) ("AVP Design Mark").

5.      For decades, Plaintiff's predecessors-in-interest, AVP, Inc. and AVP Pro Beach Volleyball Tour, Inc. ("AVP") organized, promoted, and conducted the Manhattan Beach Open tournament, the preeminent beach volleyball tournament in the United States.

6.      Earlier this year, Plaintiff acquired AVP's assets out of bankruptcy, including its famous and federally registered MANHATTAN BEACH OPEN and AVP Design Mark and associated goodwill.  Defendants were on notice of those

1

rights and Defendant USAV even had a representative—who was the former Vice President of AVP—attend AVP's bankruptcy proceedings.  With full knowledge of Plaintiff's acquisition, and seeking to capitalize on AVP's bankruptcy without actually purchasing or otherwise obtaining any of its rights, Defendants have proceeded to trade on AVP's famous marks, promoting beach volleyball tournaments under marks now owned by Plaintiff.

7.      Defendants' use of Plaintiff's marks in connection with the very products and services for which the marks are famous will destroy Plaintiff's brands, and effectively prevent Plaintiff from utilizing them.  To halt Defendants' infringing acts and compensate Plaintiff for the ongoing harm that Defendants are intentionally causing, Plaintiff is entitled to injunctive relief and profits, treble damages and attorneys' fees in this exceptional case.

## PARTIES

8.      Plaintiff DFA PVA II Partners, LLC is a limited liability corporation organized and existing under the laws of Delaware.  Plaintiff has acquired by assignment all rights to the federally registered marks formerly owned by AVP, including the word marks MANHATTAN BEACH OPEN and AVP, and the AVP Design Mark, as well as the associated goodwill of those marks.  Attached as Exhibits A, B and C are true and correct copies of the documents recording the assignments of these marks to Plaintiff and the corresponding registration certificates.

9.      Defendant IMG Worldwide, Inc. ("IMG") describes itself as a global sports, fashion, and media business.  It is a corporation established under the laws of Ohio, with its principal place of business in New York.  IMG regularly transacts business in this District.

10.     Defendant USA Volleyball ("USAV") is a nonprofit corporation established under the laws of Colorado.  USAV maintains offices in Hermosa Beach, California, and regularly transacts business in this District.

**Winston & Strawn LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543

2

11.     Defendant Leverage Agency LLC is a New York limited liability company with its principal place of business in New York.

12.     Defendant Jose Cuervo International, Inc. is a Delaware corporation with its principal place of business in New York.   Defendant Tequila Cuervo La Rojeña, S.A. de C.V is a corporation organized under the laws of Mexico, with its principal place of business in Santa Fe, Mexico.  On information and belief, Jose Cuervo International, Inc. and Tequila Cuervo La Rojeña, S.A. de C.V (collectively, "Jose Cuervo") are affiliates, and regularly transact business in this District.

13.     Defendant City of Manhattan Beach is a municipality, duly organized and existing under the laws of the State of California, governing Manhattan Beach, California, which is located in this District.

14.     Plaintiff does not know the true names and capacities of defendants Does 1-10, inclusive, and therefore sues defendants by such fictitious names.  Plaintiff is informed and believes and therefore alleges that each of these fictitiously named defendants is responsible for the occurrences alleged in this Complaint, and that Plaintiff's damages alleged herein were proximately caused by such defendants' actions.  When Plaintiff ascertains the true names and capacities of Does 1-10, it will amend this Complaint accordingly.

## GENERAL ALLEGATIONS

### Plaintiff and Its Famous MANHATTAN BEACH OPEN and AVP Marks

15.     Historically, AVP, Inc. (Association of Volleyball Professionals) and its subsidiary AVP Pro Beach Volleyball Tour, Inc. (collectively "AVP") have organized, promoted, and conducted volleyball tournaments throughout the United States.

16.     The marquee event of AVP's tour is the famous Manhattan Beach Open beach volleyball tournament.

17.     The Manhattan Beach Open tournament has taken place annually for each of the last fifty years.

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

18.    AVP has organized, promoted, and conducted the Manhattan Beach Open beach volleyball tournament, since at least as early as 1986.

19.    The Manhattan Beach Open has achieved widespread fame as the preeminent beach volleyball tournament in the United States.

20.    Recent newspaper articles have referred to the Manhattan Beach Open as the:

    a.  "precursor to everything that has developed in beach volleyball including the Olympics";

    b.  "Masters of beach volleyball";

    c.  "best and most historic beach volleyball tournament in the world";

    d.  "sport's premiere event";

    e.  "Wimbledon of beach volleyball";

    f.  "Super Bowl of beach volleyball";

    g.  "Grand Daddy of all Beach Volleyball Tourneys";

    h.  "one tournament that all players want to play in"; and as having

    i.  "stood the test of time."

21.    Through AVP's use of its MANHATTAN BEACH OPEN mark for decades in connection with promoting, organizing and conducting its beach volleyball tournament, and related goods and services, the brand has become widely associated with AVP and with the premier event in American beach volleyball.

22.    Through continuous use of the AVP and MANHATTAN BEACH OPEN marks since at least as early as 1986, AVP developed strong common-law rights in the marks.  Through longstanding use and promotion these marks, and the AVP Design Mark, have achieved distinctiveness and widespread fame long before Defendants began using these marks.

23.    AVP obtained U.S. federal trademark registration for the mark AVP, Registration No. 2,755,382, for goods and services in connection with volleyball tournaments.  This registration is valid and enforceable and incontestable under

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

4

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

1  Section 15 of the Lanham Act, 15 U.S.C. §1065.  Exhibit A includes a true and correct

2  copy of the registration certificate.

3      24.    AVP obtained U.S. federal trademark registration for the mark

4  MANHATTAN BEACH OPEN, Registration No. 3,561,090, for the following

5  services:

6          Entertainment services, namely, arranging, organizing, and conducting

7          athletic competitions, exhibitions, and community festivals and

8          cultural events in the nature of volleyball games, tournaments and

9          competitions, featuring live music concerts, DJs, visual and audio

10          performances and dance performances.

11  This registration is valid and enforceable.  Exhibit B includes a true and correct copy

12  of the registration certificate.

13      25.    AVP obtained U.S. federal trademark registration for its AVP Design

14  Mark, Registration No. 2,758,227, for goods, including clothing and sporting goods,

15  and the following services:

16          Entertainment services, namely, arranging, organizing, and conducting athletic

17          competitions, exhibitions, and community festivals and cultural events in the

18          nature of volleyball games, tournaments and competitions, featuring live music

19          concerts, djs, visual and audio performances, and dance performances.

20  The AVP Design Mark appears as follows:



21

22

23

24

25

26  This registration is valid and enforceable.  Exhibit C includes true and correct copy of

27  the registration certificate.

28      26.    In August 2010, AVP filed for bankruptcy.

**Winston & Strawn LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543

27.     Plaintiff is informed and believes and therefore alleges that Defendants have been aware of AVP and its MANHATTAN BEACH OPEN and AVP Design Mark for years.

28.     A representative of Defendant USAV, Dave Williams, who was the Vice President of AVP until mid-2010, attended a number of AVP's bankruptcy proceedings.

29.     Between late 2010 and March 2011, Plaintiff won the bankruptcy auction, and acquired AVP's assets, including the MANHATTAN BEACH OPEN, AVP, and AVP Design Mark, and associated goodwill for those marks.

30.     Plaintiff is informed and believes and therefore alleges that Defendants were aware of Plaintiff's acquisition of AVP's assets, including the MANHATTAN BEACH OPEN and AVP Design Mark, before Defendants began using the marks to promote their beach volleyball tournaments.

## Defendants' Willful Infringement of the MANHATTAN BEACH OPEN and AVP Design Mark

31.     Plaintiff is informed and believes and therefore alleges that, in late 2010, knowing of AVP's pending bankruptcy, Defendants IMG, Jose Cuervo, and USAV partnered to organize, conduct, and promote a series of commercial beach volleyball events.

32.     Plaintiff is informed and believes and therefore alleges that Defendants IMG and USAV considered purchasing AVP's assets out of bankruptcy, and through monitoring of the process were aware that the assets for sale included AVP's intellectual property, including the registered MANHATTAN BEACH OPEN and AVP Design Mark.

33.     Plaintiff is informed and believes and therefore alleges that, with knowledge of Plaintiff's registered MANHATTAN BEACH OPEN mark, Defendant City of Manhattan Beach partnered with USAV to organize, conduct, and promote a

6

commercial beach volleyball tournament on August 26-28, 2011 using the MANHATTAN BEACH OPEN mark in violation of Plaintiff's rights in the mark.

34.     Defendants used the MANHATTAN BEACH OPEN mark, and a confusingly similar imitation of Plaintiff's AVP Design Mark to organize, promote, and conduct a commercial beach volleyball tournament on August 26-28, 2011 in Manhattan Beach, California, (the "Infringing Tournament") in violation of Plaintiff's rights in the mark.

35.     Defendant Leverage Agency sold advertising for and sponsorship of the Infringing Tournament and promoted it using Plaintiff's MANHATTAN BEACH OPEN mark.

36.     Seeking to capitalize on the strength and fame of Plaintiff's MANHATTAN BEACH OPEN mark, Defendants widely promoted the Infringing Tournament as the Manhattan Beach Open tournament.

37.     Defendants also used a confusingly similar imitation of Plaintiff's AVP Design Mark to promote the Infringing Tournament in violation of Plaintiff's rights, and furthering the false impression that AVP was the source of the tournament.

38.     Plaintiff is informed and believes and therefore alleges that Jose Cuervo sponsored the Infringing Tournament, and promoted the event using the "Manhattan Beach Open" mark and using a confusingly similar imitation of Plaintiff's AVP Design Mark.

39.     Plaintiff is informed and believes and therefore alleges that Defendants promoted the Infringing Tournament as the Manhattan Beach Open, with prior knowledge of Plaintiff's rights in the MANHATTAN BEACH OPEN mark and AVP Design Mark, and intending to usurp for themselves the fame and goodwill of those marks.  Consequently, Defendants' conduct is willful, and this is an "exceptional" case within the meaning of section 35 of the Lanham Act, 15 U.S.C. § 1117.

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

40.     Defendants' marketing of the Infringing Tournament as the Manhattan Beach Open with the AVP Design Mark created confusion, mistake or deception as to the origin, sponsorship or affiliation of the tournament.

41.     Defendants' marketing of the Infringing Tournament as the Manhattan Beach Open with the AVP Design Mark is destroying Plaintiff's ability to promote its own events under its MANHATTAN BEACH OPEN and AVP Design Mark, and to attract sponsors to such events.

42.     Defendants' marketing of the Infringing Tournament as the Manhattan Beach Open with their infringing version of the AVP Design Mark is impairing the distinctiveness and reputation of Plaintiff's famous MANHATTAN BEACH OPEN mark and its AVP Design Mark, and impairing Plaintiff's ability to utilize its marks.

43.     Defendants' marketing of the Infringing Tournament as the Manhattan Beach Open with the AVP Design Mark creates confusion in the marketplace as to Defendants' affiliation with AVP and consequently has impaired Plaintiff's rights in the AVP name and marks and its ability to utilize that name and marks.

44.     Defendants IMG Worldwide, Inc., USA Volleyball, Inc., Jose Cuervo International. Inc., and Tequila Cuervo La Rojeña, S.A. de C.V (the "Corporate Defendants") also used a confusingly similar imitation of Plaintiff's AVP Design Mark to organize, promote, and conduct a commercial beach volleyball tournament on September 23-25, 2011, in Hermosa Beach, California called the "Hermosa Beach Open."  Attached as Exhibit D is a true and correct copy of an advertisement reflecting the Corporate Defendant's infringing use of the AVP Design Mark.

45.     Plaintiff is informed and believes and therefore alleges that Jose Cuervo sponsored the Hermosa Beach Open, and participated in, approved and/or endorsed promoting the event using the infringing version of the AVP Design Mark.

46.     Plaintiff is informed and believes and therefore alleges that the Corporate Defendants promoted the Hermosa Beach Open, with prior knowledge of Plaintiff's

rights in the AVP Design Mark, and intending to usurp for themselves the fame and goodwill of Plaintiff's mark.

47.    Plaintiff is informed and believes and therefore alleges that the Corporate Defendants' use of a confusingly similar imitation of Plaintiff's AVP Design Mark has created confusion, mistake or deception as to the origin, sponsorship or affiliation of the tournament.

48.    Plaintiff has no adequate remedy at law, and will suffer irreparable injury to the goodwill of its marks, rights and business unless and until Defendants and any others in active concert with them are enjoined from continuing their wrongful acts.

49.    Defendants' conduct has also deprived Plaintiff of money from sponsorships and advertising revenue that rightfully belongs to Plaintiff.

## FIRST CAUSE OF ACTION

### Infringement of Federally Registered Trademarks
### (Lanham Act §32, 15 U.S.C. § 1114)

50.    Plaintiff repeats, realleges and incorporates each and every allegation of the foregoing paragraphs as though fully set forth in this cause of action.

51.    Defendants have, through the conduct described above, infringed and continue to infringe upon Plaintiff's federally registered trademarks, including its MANHATTAN BEACH OPEN mark and the AVP Design Mark.

52.    As a consequence of Defendants' infringements, Plaintiff is entitled to relief as set forth herein.

## SECOND CAUSE OF ACTION

### (Violation of Lanham Act §43(a)(1)(A), 15 U.S.C. § 1125(a)(1)(A))

53.    Plaintiff repeats, realleges and incorporates each and every allegation of the foregoing paragraphs as though fully set forth in this cause of action.

54.    Defendants, through the conduct described above, on or in connection with goods and/or services, have used and continue to use in commerce words, names, terms, marks, false designations of origin and misleading descriptions which are likely

**Winston & Strawn LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543

9

to cause confusion or mistake, or to deceive as to the affiliation, connection or association of Defendants with Plaintiff, or as to the origin, sponsorship or approval of Defendant's goods and services.

55.     As a consequence of Defendants' misconduct, Plaintiff is entitled to relief as set forth below.

## THIRD CAUSE OF ACTION

### False Advertising

### (Lanham Act § 43(a)(1)(B), 15 U.S.C. § 1125(a)(1)(B))

56.     Plaintiff repeats, realleges and incorporates each and every allegation of the foregoing paragraphs as though fully set forth in this cause of action.

57.     Defendants, in connection with their commercial advertising and promotion, have misrepresented and continue to misrepresent the nature and qualities of Defendants' goods, services or commercial activities.

58.     As a consequence of Defendants' misconduct, Plaintiff is entitled to relief as set forth below.

## FOURTH CAUSE OF ACTION

### Unlawful Business Practices and False Advertising

### (California Business & Professions Code §§ 17200 and 17500)

59.     Plaintiff repeats, realleges and incorporates each and every allegation of the foregoing paragraphs as though fully set forth in this cause of action.

60.     Defendants, through the conduct and violations described above, have engaged in and propose to engage in unlawful business practices and false advertising in violation of California Business and Professions Code §§ 17200 and 17500.

61.     As a consequence of Defendants' violations, Plaintiff is entitled to relief as set forth below, including recovering money that rightfully belongs to Plaintiff.

**Winston & Strawn LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543

FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

**Winston & Strawn LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543

### FIFTH CAUSE OF ACTION

### Trademark Infringement under California Law

### (California Business & Professions Code § 14335)

62.     Plaintiff repeats, realleges and incorporates each and every allegation of the foregoing paragraphs as though fully set forth in this cause of action.

63.     Defendants, through the conduct and violations described above, have engaged in, engage in, and propose to engage in infringement of Plaintiff's federally registered trademark in violation of California Business and Professions Code § 14335.

64.     As a consequence of Defendants' violations, Plaintiff is entitled to the relief as set forth below.

### SIXTH CAUSE OF ACTION

### Trademark Dilution Under Federal Law

### (Lanham Act Section 43(c), 15 U.S.C. § 1125(c))

65.     Plaintiff repeats, realleges and incorporates each and every allegation of the foregoing paragraphs as though fully set forth in this cause of action.

66.     Defendants commenced use of the MANHATTAN BEACH OPEN mark and AVP Design Mark in interstate commerce, after the marks were distinctive and famous.

67.     Defendants, through the conduct and violations described above, are likely to dilute the distinctive quality of Plaintiff's famous MANHATTAN BEACH OPEN mark and AVP Design Mark, such that they are less able to identify and distinguish Plaintiff's goods and services and will injure Plaintiff's reputation.

68.     Defendants have intended to dilute Plaintiff's marks and to violate Plaintiff's rights under the Lanham Act.

69.     As a consequence of Defendants' violations, Plaintiff is entitled to injunctive and other relief as set forth below.

**SEVENTH CAUSE OF ACTION**

**Trademark Dilution Under California Law**

**(California Business & Professions Code §§14247, 14330)**

70.    Plaintiff repeats, realleges and incorporates each and every allegation of the foregoing paragraphs as though fully set forth in this cause of action.

71.    Defendants, through the conduct and violations described above, are likely to dilute the distinctive quality of the MANHATTAN BEACH OPEN trademark and the AVP Design Mark.  Defendants' actions are also likely to injure the business reputation of Plaintiff and its predecessor in interest.

72.    As a consequence of Defendants' violations, Plaintiff is entitled to injunctive and other relief as set forth below.

**EIGHTH CAUSE OF ACTION**

**Trademark Infringement and Unfair Competition**

**Under California Common Law**

73.    Plaintiff repeats, realleges and incorporates each and every allegation of the foregoing paragraphs as though fully set forth in this cause of action.

74.    Defendants, through the conduct and violations described above, have engaged in trademark infringement and unfair competition against Plaintiff under California common law.

75.    As a consequence of Defendants' violations, Plaintiff is entitled to relief as set forth below.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court for judgment as follows:

A.    Permanently enjoining Defendants, and all persons in active concert or participation with them

- from using names and marks confusingly similar to Plaintiff's, including the MANHATTAN BEACH OPEN and their confusingly similar version of the AVP Design Mark;

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

12

- from engaging in acts that dilute Plaintiff's MANHATTAN BEACH OPEN and the AVP Design Mark;
- from representing by any means whatsoever, directly or indirectly, that Defendants and their goods and services are associated in any way with Plaintiff or its goods and services, and from otherwise taking any other action likely to cause confusion, mistake, or deception on the part of consumers or the public; and
- from otherwise unfairly competing with Plaintiff or misappropriating its reputation and goodwill.

B.     As to Defendants IMG Worldwide, Inc., Leverage Agency LLC, USA Volleyball, Jose Cuervo International, Inc., and U.S. Tequila Cuervo La Rojeña, awarding Plaintiff its actual damages, and the unjust and unlawful profits arising from their misconduct;

C.     As to Defendants IMG Worldwide, Inc., Leverage Agency LLC, USA Volleyball, Jose Cuervo International, Inc., and U.S. Tequila Cuervo La Rojeña, awarding Plaintiff as additional damages three times the actual damages and profits arising from their misconduct;

D.     Ordering restitution to Plaintiff of the unjust enrichment and unlawful gains of Defendants IMG Worldwide, Inc., Leverage Agency LLC, USA Volleyball, Jose Cuervo International, Inc., and U.S. Tequila Cuervo La Rojeña's misconduct to the detriment of Plaintiff;

E.     Awarding Plaintiff exemplary damages against Defendants IMG Worldwide, Inc., Leverage Agency LLC, USA Volleyball, Jose Cuervo International, Inc., and U.S. Tequila Cuervo La Rojeña in an amount to be determined in the enlightened conscience of the jury;

F.     Awarding Plaintiff its costs and attorneys' fees with respect to this action;

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

13

G.     Awarding Plaintiff such other and further relief as the Court deems just and equitable; and

H.     For prejudgment interest and post judgment interest at the legal rate.

### **DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all claims which are triable to a jury in this action.

Dated:  November 22, 2011                 WINSTON & STRAWN LLP

By: _Erin R. Ranahan/pw_____
    Michael S. Elkin
    Jennifer A. Golinveaux
    Erin R. Ranahan
    Attorneys for Plaintiff
    DFA PVA II PARTNERS, LLC

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

14

# EXHIBIT A

Int. Cls.: 25, 28 and 41

Prior U.S. Cls.: 22, 23, 38, 39, 50, 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,755,382

Registered Aug. 26, 2003

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

AVP

ASSOCIATION OF VOLLEYBALL PROFESSION-
ALS, INC. (DELAWARE CORPORATION)
1600 ROSECRANS AVENUE
BUILDING 7, SUITE 310
MANHATTAN BEACH, CA 90266

FOR: CLOTHING, HEADWEAR, AND FOOT-
WEAR FOR MEN, WOMEN, AND CHILDREN,
NAMELY, WARM UP SUITS, JOGGING SUITS,
SWEAT SUITS, SWEAT PANTS AND SWEAT-
SHIRTS, LEOTARDS, BODY SUITS, JUMPSUITS,
SWIMWEAR, BATHING SUITS, BIKINIS, BEACH
AND BATHING COVER-UPS, SARONGS, COVER-
UPS, SKIRTS, DRESSES, SUITS, SLACKS, PANTS,
JEANS, SHORTS, SWEAT SHORTS, GYM SHORTS,
TOPS, BOTTOMS, FLEECE PULLOVERS, JACKETS,
COATS, SHIRTS, SPORT SHIRTS, T-SHIRTS, KNIT
SHIRTS, POLO SHIRTS, PULLOVERS, SWEATERS,
TANK TOPS, PARKAS; WIND RESISTANT JACK-
ETS, RAIN JACKETS, LEATHER JACKETS, FOOT-
WEAR, SHOES, BOOTS, SLIPPERS, ATHLETIC
FOOTWEAR, BASKETBALL SHOES, CASUAL
FOOTWEAR, SANDALS, BEACH SHOES, HEAD-
WEAR, HATS, BASEBALL HATS, VISORS, CAPS,
BEANIE CAPS, BERETS, HEADBANDS, WRIST-
BANDS, SLEEPWEAR, ROBES, PAJAMAS, NIGHT-
SHIRTS, RAINWEAR, LOUNGE WEAR,
UNDERWEAR, BRAS, EXERCISE BRAS, SPORTS
BRAS, PANTIES, BRIEFS, UNDERPANTS, BOXER
SHORTS, UNDERSHIRTS, HOSIERY, SOCKS, SAND
SOCKS, BEACH SOCKS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 6-0-1986; IN COMMERCE 6-0-1986.

FOR: SPORTING GOODS, NAMELY, VOLLEY-
BALL GAME PLAYING EQUIPMENT, VOLLEY-
BALLS, VOLLEYBALL AND SPORTS EQUIPMENT
BAGS, VOLLEYBALL NETS, VOLLEYBALL POLES,
VOLLEYBALL COURT LINES, AND VOLLEYBALL
NET ANTENNAS, IN CLASS 28 (U.S. CLS. 22, 23, 38
AND 50).

FIRST USE 6-0-1986; IN COMMERCE 6-0-1986.

FOR: ENTERTAINMENT SERVICES, NAMELY,
ARRANGING, ORGANIZING, AND CONDUCTING
ATHLETIC COMPETITIONS, EXHIBITIONS, AND
COMMUNITY FESTIVALS AND CULTURAL
EVENTS IN THE NATURE OF VOLLEYBALL
GAMES, TOURNAMENTS AND COMPETITIONS,
FEATURING LIVE MUSIC CONCERTS, DJS, VI-
SUAL AND AUDIO PERFORMANCES, AND
DANCE PERFORMANCES, IN CLASS 41 (U.S. CLS.
100, 101 AND 107).

FIRST USE 6-0-1986; IN COMMERCE 6-0-1986.

SER. NO. 76-393,030, FILED 4-8-2002.

GEORGE LORENZO, EXAMINING ATTORNEY

Latest Status Info

**Thank you for your request. Here are the latest results from the** <u>TARR web server.</u>

**This page was generated by the TARR system on** 2011-11-07 13:16:37 ET

**Serial Number:** 76393030 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 2755382

**Mark (words only):** AVP

**Standard Character claim:** No

**Current Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Date of Status:** 2010-03-02

**Filing Date:** 2002-04-08

**Transformed into a National Application:** No

**Registration Date:** 2003-08-26

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** <u>TrademarkAssistanceCenter@uspto.gov</u>

**Current Location:** M10 -TMO Law Office 110

**Date In Location:** 2010-03-02

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. DFA PVA II PARTNERS, LLC

**Address:**
DFA PVA II PARTNERS, LLC
712 FIFTH AVENUE, 14TH FLOOR
NEW YORK, NY 10019
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
CLOTHING, HEADWEAR, AND FOOTWEAR FOR MEN, WOMEN, AND CHILDREN, NAMELY, WARM UP
SUITS, JOGGING SUITS, SWEAT SUITS, SWEAT PANTS AND SWEATSHIRTS, LEOTARDS, BODY SUITS,
JUMPSUITS, SWIMWEAR, BATHING SUITS, BIKINIS, BEACH AND BATHING COVER-UPS, COVER-UPS,

PANTS, SHORTS, SWEAT SHORTS, GYM SHORTS, TOPS, BOTTOMS, FLEECE PULLOVERS, JACKETS, COATS, SHIRTS, SPORT SHIRTS, T-SHIRTS, KNIT SHIRTS, POLO SHIRTS, PULLOVERS, TANK TOPS, WIND RESISTANT JACKETS, RAIN JACKETS, FOOTWEAR, SHOES, BOOTS, SLIPPERS, ATHLETIC FOOTWEAR, CASUAL FOOTWEAR, SANDALS, BEACH SHOES, HEADWEAR, HATS, BASEBALL HATS, VISORS, CAPS, HEADBANDS, WRISTBANDS, SLEEPWEAR, PAJAMAS, RAINWEAR, UNDERWEAR, PANTIES, UNDERSHIRTS, SOCKS, SAND SOCKS, BEACH SOCKS
**Basis:** 1(a)
**First Use Date:** 1986-06-00
**First Use in Commerce Date:** 1986-06-00

**International Class:** 028
**Class Status:** Active
SPORTING GOODS, NAMELY, VOLLEYBALL GAME PLAYING EQUIPMENT, VOLLEYBALLS, VOLLEYBALL AND SPORTS EQUIPMENT BAGS, VOLLEYBALL NETS, VOLLEYBALL POLES, VOLLEYBALL COURT LINES, AND VOLLEYBALL NET ANTENNAS
**Basis:** 1(a)
**First Use Date:** 1986-06-00
**First Use in Commerce Date:** 1986-06-00

**International Class:** 041
**Class Status:** Active
ENTERTAINMENT SERVICES, NAMELY, ARRANGING, ORGANIZING, AND CONDUCTING ATHLETIC COMPETITIONS, EXHIBITIONS, AND COMMUNITY FESTIVALS AND CULTURAL EVENTS IN THE NATURE OF VOLLEYBALL GAMES, TOURNAMENTS AND COMPETITIONS, FEATURING LIVE MUSIC CONCERTS, DJS, VISUAL AND AUDIO PERFORMANCES, AND DANCE PERFORMANCES
**Basis:** 1(a)
**First Use Date:** 1986-06-00
**First Use in Commerce Date:** 1986-06-00

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-08-17 - Automatic Update Of Assignment Of Ownership

2010-07-27 - Applicant/Correspondence Changes (Non-Responsive) Entered

2010-07-27 - TEAS Change Of Owner Address Received

2010-03-02 - Section 8 (6-year) accepted & Section 15 acknowledged

2010-03-02 - Case Assigned To Post Registration Paralegal

Latest Status Info                                                                    Page 3 of 3

2010-02-17 - TEAS Section 8 & 15 Received

2008-10-08 - Assignment Of Ownership Not Updated Automatically

2008-08-13 - Case File In TICRS

2003-08-26 - Registered - Principal Register

2003-06-03 - Published for opposition

2003-05-14 - Notice of publication

2003-03-21 - Approved for Pub - Principal Register (Initial exam)

2003-02-24 - Communication received from applicant

2003-02-24 - PAPER RECEIVED

2002-10-24 - Assigned To Examiner

2002-08-27 - Non-final action mailed

2002-08-26 - Assigned To Examiner

2002-08-14 - Assigned To Examiner

2002-08-01 - TEAS Change Of Correspondence Received

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Jonathan A. Hyman

**Correspondent**
Jonathan A. Hyman
Knobbe Martens Olson & Bear LLP
2040 MAIN STREET, 14TH FLOOR
IRVINE CA 92614
Phone Number: 310-551-3450
Fax Number: 949-760-9502

---

USPTO Assignments on the Web

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 4**

Serial #: 76393030       Filing Dt: 04/08/2002       Reg #: 2755382       Reg. Dt: 08/26/2003

Registrant: Association of Volleyball Professionals,

Mark: AVP

### Assignment: 1

Reel/Frame: 2731/0636       Received: 05/14/2003       Recorded: 05/12/2003       Pages: 6

Conveyance: SECURITY AGREEMENT

Assignor: ASSOCIATION OF VOLLEYBALL PROFESSIONALS, INC.       Exec Dt: 08/01/2002
                                                             Entity Type: CORPORATION
                                                             Citizenship: DELAWARE

Assignee: ANSCHUTZ ENTERTAINMENT GROUP, INC.       Entity Type: CORPORATION
          100 S. FLOWER STREET                     Citizenship: COLORADO
          SUITE 3200
          LOS ANGELES, CALIFORNIA 90015

Correspondent: TED FIKRE
               1100 S. FLOWER STREET
               SUITE 3200
               LOS ANGELES, CA 90015

### Assignment: 2

Reel/Frame: 3865/0850       Received: 10/06/2008       Recorded: 10/06/2008       Pages: 3

Conveyance: CHANGE OF NAME

Assignor: ASSOCIATION OF VOLLEYBALL PROFESSIONALS, INC.       Exec Dt: 02/25/2005
                                                             Entity Type: CORPORATION
                                                             Citizenship: DELAWARE

Assignee: AVP PRO BEACH VOLLEYBALL TOUR, INC.       Entity Type: CORPORATION
          6100 CENTER DRIVE                         Citizenship: DELAWARE
          SUITE 900
          LOS ANGELES, CALIFORNIA 90045

Correspondent: KNOBBE MARTENS OLSON & BEAR, LLP
               2040 MAIN STREET
               FOURTEENTH FLOOR
               IRVINE, CA 92614

### Assignment: 3

Reel/Frame: 3228/0714       Received: 01/17/2006       Recorded: 01/17/2006       Pages: 6

Conveyance: TERMINATION OF TRADEMARK SECURITY AGREEMENT

Assignor: ANSCHUTZ ENTERTAINMENT GROUP, INC.       Exec Dt: 12/13/2005
                                                   Entity Type: CORPORATION
                                                   Citizenship: COLORADO

Assignee: ASSOCIATION OF VOLLEYBALL PROFESSIONALS, INC.       Entity Type: CORPORATION
          1600 ROSECRANS AVENUE                               Citizenship: DELAWARE
          BLDG. 7, SUITE 310
          MANHATTAN BEACH, CALIFORNIA 90266

Correspondent: DANIEL ALMANZA - HOLME ROBERTS & OWEN
               1700 LINCOLN ST.
               SUITE 4100
               DENVER, CO 80203

### Assignment: 4

Reel/Frame: 4604/0286       Received: 08/12/2011       Recorded: 08/12/2011       Pages: 10

EXHIBIT A - Page 20

USPTO Assignments on the Web

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignors:** AVP PRO BEACH VOLLEYBALL TOUR, INC.

    **Formerly:** FORMERLY ASSOCIATION OF VOLLEYBALL, INC.

    **Exec Dt:** 03/22/2011
    **Entity Type:** CORPORATION
    **Citizenship:** CALIFORNIA

AVP, INC.

    **Exec Dt:** 03/22/2011
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Assignee:** DFA PVA II PARTNERS, LLC
712 FIFTH AVENUE, 14TH FLOOR
NEW YORK, NEW YORK 10019

    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Correspondent:** MILORD A. KESHISHIAN
2049 CENTURY PARK EAST, SUITE 3850
LOS ANGELES, CA 90067

Search Results as of: 11/07/2011 01:20 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

11/7/2011

EXHIBIT A - Page 21

# EXHIBIT B

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,561,090

Registered Jan. 13, 2009

**SERVICE MARK**
**PRINCIPAL REGISTER**

## MANHATTAN BEACH OPEN

AVP PRO BEACH VOLLEYBALL TOUR, INC.
(DELAWARE CORPORATION)
6100 CENTER DRIVE, SUITE 900
LOS ANGELES, CA 90045

FOR: ENTERTAINMENT SERVICES, NAMELY, ARRANGING, ORGANIZING, AND CONDUCTING ATHLETIC COMPETITIONS, EXHIBITIONS, AND COMMUNITY FESTIVALS AND CULTURAL EVENTS IN THE NATURE OF VOLLEYBALL GAMES, TOURNAMENTS AND COMPETITIONS, FEATURING LIVE MUSIC CONCERTS, DJS, VISUAL AND AUDIO PERFORMANCES, AND DANCE PERFORMANCES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-2001; IN COMMERCE 0-0-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OPEN", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 77-975,989, FILED 11-21-2007.

RENEE MCCRAY, EXAMINING ATTORNEY

Latest Status Info

**Thank you for your request. Here are the latest results from the** TARR web server.

**This page was generated by the TARR system on** 2011-11-07 13:17:49 ET

**Serial Number:** 77975989 Assignment Information          Trademark Document Retrieval

**Registration Number:** 3561090

**Mark**

# MANHATTAN BEACH OPEN

**(words only):** MANHATTAN BEACH OPEN

**Standard Character claim:** Yes

**Current Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Date of Status:** 2009-01-13

**Filing Date:** 2007-11-21

**Transformed into a National Application:** No

**Registration Date:** 2009-01-13

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2009-01-13

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. DFA PVA II PARTNERS, LLC

**Address:**
DFA PVA II PARTNERS, LLC
712 FIFTH AVENUE, 14TH FLOOR
NEW YORK, NY 10019
United States

**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 041
**Class Status:** Active
Entertainment services, namely, arranging, organizing, and conducting athletic competitions, exhibitions, and community festivals and cultural events in the nature of volleyball games, tournaments and competitions, featuring live music concerts, djs, visual and audio performances, and dance performances
**Basis:** 1(a)
**First Use Date:** 2001-00-00
**First Use in Commerce Date:** 2001-00-00

---

## ADDITIONAL INFORMATION

**Disclaimer:** "OPEN"

**Section 2(f)**

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-08-17 - Automatic Update Of Assignment Of Ownership

2010-07-27 - Applicant/Correspondence Changes (Non-Responsive) Entered

2010-07-27 - TEAS Change Of Owner Address Received

2009-01-13 - Registered - Principal Register

2008-10-28 - Published for opposition

2008-10-08 - Notice of publication

2008-09-25 - Law Office Publication Review Completed

2008-09-23 - Approved for Pub - Principal Register (Initial exam)

2008-09-23 - Amendment to Use approved

2008-09-23 - Amendment To Use Processing Complete

2008-09-23 - Use Amendment Filed

2008-09-22 - Assigned To LIE

2008-09-11 - Divisional processing completed

2008-09-08 - Divisional request received

2008-09-10 - Case Assigned To Intent To Use Paralegal

2008-09-08 - TEAS Response to Office Action Received

2008-09-08 - FAX RECEIVED

2008-03-06 - Notification Of Non-Final Action E-Mailed

2008-03-06 - Non-final action e-mailed

2008-03-06 - Non-Final Action Written

2008-03-06 - Assigned To Examiner

2007-11-27 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Jonathan A. Hyman

**Correspondent**
Jonathan A. Hyman
Knobbe Martens Olson & Bear LLP
2040 MAIN STREET, 14TH FLOOR
IRVINE CA 92614
Phone Number: 310-551-3450
Fax Number: 949-760-9502

---

USPTO Assignments on the Web

Page 1 of 1

 **United States Patent and Trademark Office**

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 77975989 | **Filing Dt:** 11/21/2007 | **Reg #:** 3561090 | **Reg. Dt:** 01/13/2009 |

**Registrant:** AVP Pro Beach Volleyball Tour, Inc.

**Mark:** MANHATTAN BEACH OPEN

**Assignment: 1**

**Reel/Frame:** 4604/0286   **Received:** 08/12/2011   **Recorded:** 08/12/2011   **Pages:** 10

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignors:** AVP PRO BEACH VOLLEYBALL TOUR, INC.
**Exec Dt:** 03/22/2011
**Entity Type:** CORPORATION
**Formerly:** FORMERLY ASSOCIATION OF VOLLEYBALL, INC.
**Citizenship:** CALIFORNIA

AVP, INC.
**Exec Dt:** 03/22/2011
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** DFA PVA II PARTNERS, LLC
**Entity Type:** CORPORATION
712 FIFTH AVENUE, 14TH FLOOR
**Citizenship:** DELAWARE
NEW YORK, NEW YORK 10019

**Correspondent:** MILORD A. KESHISHIAN
2049 CENTURY PARK EAST, SUITE 3850
LOS ANGELES, CA 90067

Search Results as of: 11/07/2011 01:21 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 26, 2011 v.2.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

http://assignments.uspto.gov/assignments/q?db=tm&sno=77975989

11/7/2011

EXHIBIT B - Page 27

# EXHIBIT C

EXHIBIT C - Page 28

Int. Cls.: 25, 28 and 41

Prior U.S. Cls.: 22, 23, 38, 39, 50, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,758,227

Registered Sep. 2, 2003

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER





ASSOCIATION OF VOLLEYBALL PROFESSION-
ALS, INC. (DELAWARE CORPORATION)
1600 ROSECRANS AVENUE
BUILDING 7, SUITE 310
MANHATTAN BEACH, CA 90266

FOR: CLOTHING, HEADWEAR, AND FOOT-
WEAR FOR MEN, WOMEN, AND CHILDREN,
NAMELY, WARM UP SUITS, JOGGING SUITS,
SWEAT SUITS, SWEAT PANTS AND SWEAT-
SHIRTS, LEOTARDS, BODY SUITS, JUMPSUITS,
SWIMWEAR, BATHING SUITS, BIKINIS, BEACH
AND BATHING COVER-UPS, SARONGS, COVER-
UPS, SKIRTS, DRESSES, SUITS, SLACKS, PANTS,
JEANS, SHORTS, SWEAT SHORTS, GYM SHORTS,
TOPS, BOTTOMS, FLEECE PULLOVERS, JACKETS,
COATS, SHIRTS, SPORT SHIRTS, T-SHIRTS, KNIT
SHIRTS, POLO SHIRTS, PULLOVERS, SWEATERS,
TANK TOPS, PARKAS, WIND RESISTANT JACK-
ETS, RAIN JACKETS, LEATHER JACKETS, FOOT-
WEAR, SHOES, BOOTS, SLIPPERS, ATHLETIC
FOOTWEAR, BASKETBALL SHOES, CASUAL
FOOTWEAR, SANDALS, BEACH SHOES, HEAD-
WEAR, HATS, BASEBALL HATS, VISORS, CAPS,
BEANIE CAPS, BERETS, HEADBANDS, WRIST-
BANDS, SLEEPWEAR, ROBES, PAJAMAS, NIGHT-
SHIRTS, RAINWEAR, LOUNGE WEAR,
UNDERWEAR, BRAS, EXERCISE BRAS, SPORTS
BRAS, PANTIES, BRIEFS, UNDERPANTS, BOXER
SHORTS, UNDERSHIRTS, HOSIERY, SOCKS, SAND
SOCKS, BEACH SOCKS, AND BELTS, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 6-1-2001; IN COMMERCE 6-1-2001.

FOR: SPORTING GOODS, NAMELY, VOLLEY-
BALL GAME PLAYING EQUIPMENT, VOLLEY-
BALLS, VOLLEYBALL AND SPORTS EQUIPMENT
BAGS, VOLLEYBALL NETS, VOLLEYBALL POLES,
VOLLEYBALL COURT LINES, AND VOLLEYBALL
NET ANTENNAS, IN CLASS 28 (U.S. CLS. 22, 23, 38
AND 50).

FIRST USE 8-1-2001; IN COMMERCE 8-1-2001.

FOR: ENTERTAINMENT SERVICES, NAMELY,
ARRANGING, ORGANIZING, AND CONDUCTING
ATHLETIC COMPETITIONS, EXHIBITIONS, AND
COMMUNITY FESTIVALS AND CULTURAL
EVENTS IN THE NATURE OF VOLLEYBALL
GAMES, TOURNAMENTS AND COMPETITIONS,
FEATURING LIVE MUSIC CONCERTS, DJS, VI-
SUAL AND AUDIO PERFORMANCES, AND
DANCE PERFORMANCES, IN CLASS 41 (U.S. CLS.
100, 101 AND 107).

FIRST USE 6-1-2001; IN COMMERCE 6-1-2001.

SER. NO. 76-392,977, FILED 4-8-2002.

GEORGE LORENZO, EXAMINING ATTORNEY

EXHIBIT C - Page 29

Latest Status Info                                              Page 1 of 4

**Thank you for your request. Here are the latest results from the** <u>TARR web server.</u>

**This page was generated by the TARR system on** 2011-11-07 14:58:45 ET

**Serial Number:** 76392977 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 2758227

**Mark**





**(words only):** AVP

**Standard Character claim:** No

**Current Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Date of Status:** 2010-03-12

**Filing Date:** 2002-04-08

**Transformed into a National Application:** No

**Registration Date:** 2003-09-02

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** <u>TrademarkAssistanceCenter@uspto.gov</u>

**Current Location:** M10 -TMO Law Office 110

**Date In Location:** 2010-03-12

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. DFA PVA II PARTNERS, LLC

**Address:**
DFA PVA II PARTNERS, LLC
712 FIFTH AVENUE, 14TH FLOOR
NEW YORK, NY 10019
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
CLOTHING, HEADWEAR, AND FOOTWEAR FOR MEN, WOMEN, AND CHILDREN, NAMELY, WARM UP SUITS, JOGGING SUITS, SWEAT SUITS, SWEAT PANTS AND SWEATSHIRTS, LEOTARDS, BODY SUITS, JUMPSUITS, SWIMWEAR, BATHING SUITS, BIKINIS, BEACH AND BATHING COVER-UPS, COVER-UPS, PANTS, SHORTS, SWEAT SHORTS, GYM SHORTS, TOPS, BOTTOMS, FLEECE PULLOVERS, JACKETS, COATS, SHIRTS, SPORT SHIRTS, T-SHIRTS, KNIT SHIRTS, POLO SHIRTS, PULLOVERS, TANK TOPS, PARKAS; WIND RESISTANT JACKETS, RAIN JACKETS, FOOTWEAR, SHOES, BOOTS, SLIPPERS, ATHLETIC FOOTWEAR, CASUAL FOOTWEAR, SANDALS, BEACH SHOES, HEADWEAR, HATS, BASEBALL HATS, VISORS, CAPS, HEADBANDS, WRISTBANDS, SLEEPWEAR, ROBES, PAJAMAS, NIGHTSHIRTS, RAINWEAR, LOUNGE WEAR, UNDERWEAR, PANTIES, UNDERSHIRTS, SOCKS, SAND SOCKS, BEACH SOCKS
**Basis:** 1(a)
**First Use Date:** 2001-06-01
**First Use in Commerce Date:** 2001-06-01

**International Class:** 028
**Class Status:** Active
SPORTING GOODS, NAMELY, VOLLEYBALL GAME PLAYING EQUIPMENT, VOLLEYBALLS, VOLLEYBALL AND SPORTS EQUIPMENT BAGS, VOLLEYBALL NETS, VOLLEYBALL POLES, VOLLEYBALL COURT LINES, AND VOLLEYBALL NET ANTENNAS
**Basis:** 1(a)
**First Use Date:** 2001-08-01
**First Use in Commerce Date:** 2001-08-01

**International Class:** 041
**Class Status:** Active
ENTERTAINMENT SERVICES, NAMELY, ARRANGING, ORGANIZING, AND CONDUCTING ATHLETIC COMPETITIONS, EXHIBITIONS, AND COMMUNITY FESTIVALS AND CULTURAL EVENTS IN THE NATURE OF VOLLEYBALL GAMES, TOURNAMENTS AND COMPETITIONS, FEATURING LIVE MUSIC CONCERTS, DJS, VISUAL AND AUDIO PERFORMANCES, AND DANCE PERFORMANCES
**Basis:** 1(a)
**First Use Date:** 2001-06-01
**First Use in Commerce Date:** 2001-06-01

---

## ADDITIONAL INFORMATION

---

**Design Search Code(s):**
02.09.19 - Diving, humans; Humans, including men, women and children, depicted playing games or engaged in other sports; Playing games or sports, humans
21.03.09 - Badminton nets; Basketball nets; Nets, badminton; Nets, tennis; Nets, volley ball; Tennis nets; Volleyball nets

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

EXHIBIT C - Page 31

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-08-17 - Automatic Update Of Assignment Of Ownership

2010-07-27 - Applicant/Correspondence Changes (Non-Responsive) Entered

2010-07-27 - TEAS Change Of Owner Address Received

2010-03-12 - Section 8 (6-year) accepted & Section 15 acknowledged

2010-03-05 - Case Assigned To Post Registration Paralegal

2010-02-19 - TEAS Section 8 & 15 Received

2008-10-08 - Assignment Of Ownership Not Updated Automatically

2007-07-05 - Case File In TICRS

2003-09-02 - Registered - Principal Register

2003-06-10 - Published for opposition

2003-05-21 - Notice of publication

2003-03-21 - Approved for Pub - Principal Register (Initial exam)

2003-02-24 - Communication received from applicant

2003-02-24 - PAPER RECEIVED

2002-10-24 - Assigned To Examiner

2002-08-21 - Non-final action mailed

2002-08-14 - Assigned To Examiner

2002-08-01 - TEAS Change Of Correspondence Received

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Jonathan A. Hyman

**Correspondent**
Jonathan A. Hyman
Knobbe Martens Olson & Bear LLP
2040 MAIN STREET, 14TH FLOOR
IRVINE CA 92614
Phone Number: 310-551-3450

http://tarr.uspto.gov/tarr?regser=registration&entry=2758227&action=Request+Status          11/7/2011

EXHIBIT C - Page 32

Latest Status Info

Fax Number: 949-760-9502

USPTO Assignments on the Web                                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 4**
**Serial #:** 76392977        **Filing Dt:** 04/08/2002        **Reg #:** 2758227        **Reg. Dt:** 09/02/2003
**Registrant:** Association of Volleyball Professionals,
**Mark:** AVP

### Assignment: 1
**Reel/Frame:** 2731/0636        **Received:** 05/14/2003        **Recorded:** 05/12/2003        **Pages:** 6
**Conveyance:** SECURITY AGREEMENT
**Assignor:** ASSOCIATION OF VOLLEYBALL PROFESSIONALS, INC.        **Exec Dt:** 08/01/2002
                                                                **Entity Type:** CORPORATION
                                                                **Citizenship:** DELAWARE
**Assignee:** ANSCHUTZ ENTERTAINMENT GROUP, INC.        **Entity Type:** CORPORATION
100 S. FLOWER STREET                                     **Citizenship:** COLORADO
SUITE 3200
LOS ANGELES, CALIFORNIA 90015
**Correspondent:** TED FIKRE
1100 S. FLOWER STREET
SUITE 3200
LOS ANGELES, CA 90015

### Assignment: 2
**Reel/Frame:** 3865/0850        **Received:** 10/06/2008        **Recorded:** 10/06/2008        **Pages:** 3
**Conveyance:** CHANGE OF NAME
**Assignor:** ASSOCIATION OF VOLLEYBALL PROFESSIONALS, INC.        **Exec Dt:** 02/25/2005
                                                                **Entity Type:** CORPORATION
                                                                **Citizenship:** DELAWARE
**Assignee:** AVP PRO BEACH VOLLEYBALL TOUR, INC.        **Entity Type:** CORPORATION
6100 CENTER DRIVE                                        **Citizenship:** DELAWARE
SUITE 900
LOS ANGELES, CALIFORNIA 90045
**Correspondent:** KNOBBE MARTENS OLSON & BEAR, LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

### Assignment: 3
**Reel/Frame:** 3228/0714        **Received:** 01/17/2006        **Recorded:** 01/17/2006        **Pages:** 6
**Conveyance:** TERMINATION OF TRADEMARK SECURITY AGREEMENT
**Assignor:** ANSCHUTZ ENTERTAINMENT GROUP, INC.        **Exec Dt:** 12/13/2005
                                                        **Entity Type:** CORPORATION
                                                        **Citizenship:** COLORADO
**Assignee:** ASSOCIATION OF VOLLEYBALL PROFESSIONALS, INC.        **Entity Type:** CORPORATION
1600 ROSECRANS AVENUE                                              **Citizenship:** DELAWARE
BLDG. 7, SUITE 310
MANHATTAN BEACH, CALIFORNIA 90266
**Correspondent:** DANIEL ALMANZA - HOLME ROBERTS & OWEN
1700 LINCOLN ST.
SUITE 4100
DENVER, CO 80203

### Assignment: 4
**Reel/Frame:** 4604/0286        **Received:** 08/12/2011        **Recorded:** 08/12/2011        **Pages:** 10

EXHIBIT C - Page 34

USPTO Assignments on the Web                                                                  Page 2 of 2

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignors:** AVP PRO BEACH VOLLEYBALL TOUR, INC.                    **Exec Dt:** 03/22/2011
**Formerly:** FORMERLY ASSOCIATION OF VOLLEYBALL, INC.              **Entity Type:** CORPORATION
                                                                                              **Citizenship:** CALIFORNIA

                AVP, INC.                                                                       **Exec Dt:** 03/22/2011
                                                                                              **Entity Type:** CORPORATION
                                                                                              **Citizenship:** DELAWARE

**Assignee:** DFA PVA II PARTNERS, LLC                              **Entity Type:** CORPORATION
                712 FIFTH AVENUE, 14TH FLOOR                        **Citizenship:** DELAWARE
                NEW YORK, NEW YORK 10019

**Correspondent:** MILORD A. KESHISHIAN
                2049 CENTURY PARK EAST, SUITE 3850
                LOS ANGELES, CA 90067

Search Results as of: 11/07/2011 02:59 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# EXHIBIT D

16TH ANNUAL
REDONDO BEACH
SURF 'N TURF
LOBSTER
FESTIVAL
SEPT. 23-25, 2011
SURF 'N TURF SPECIALS
CERTIFIED ANGUS BEEF
MORE FOOD
MORE MUSIC
MORE FUN
FRIDAY, SEPTEMBER 23
5pm-11pm
• LOCALS NIGHT
• HALF-PRICE ADMISSION FOR ALL
• DANCE THROUGH THE DECADES featuring music from THE 1950's - 80's
• FREE BULL RIDES
SATURDAY, SEPTEMBER 24
12pm-11pm
• TRIBUTE BAND DAY featuring the music of JOHNNY CASH, ELVIS, THE EAGLES, STEELY DAN & MOTOWN REVIEW
• THE TEMPTATIONS & TINA TURNER
SUNDAY, SEPTEMBER 25
12pm-8pm
• BEACH BASH SUNDAY
• CALIFORNIA DREAMIN' featuring the music of THE BEATLES, BEACH BOYS & JIMMY BUFFETT
SATURDAY & SUNDAY
FREE STAND-UP PADDLE BOARD LESSONS! SPONSORED BY
More To Sea
redondo BEACH
Chamber of Commerce & Visitors Bureau
Military Members FREE Admission with I.D.
FREE T-SHIRT W/ ONLINE DISCOUNT PACKAGES
LOBSTERFESTIVAL.COM
THE BEACH REPORTER
PROVIDENCE Little Company of Mary Medical Center Torrance
BLOOD MOBILE
GET A PINT FOR A PINT + FREE GIFT
redondo BEACH
King Harbor Redondo Beach California
Budweiser The Great American Lager
AES Redondo Beach
DECRON
Guitar Center
93.1 JACK FM
LOBSTERFESTIVAL.COM
VisitRedondo
Seaside Lagoon, 200 Portofino Way, Redondo Beach, CA 90277

$150,000 PRIZE
hermosa BEACH OPEN
Jose Cuervo PRO BEACH VOLLEYBALL SERIES
NATIONAL CHAMPIONSHIPS
NATIONAL CHAMPIONSHIPS
SEPTEMBER 23-25, 2011
HERMOSA BEACH
FREE ADMISSION
32 TEAM DRAW
TOP PLAYERS IN THE US
LIVE ON VERSUS
NATIONAL CHAMPIONSHIPS
PAUL MITCHELL
SPALDING
www.facebook.com/JoseCuervoProBeachVolleyballSeries



