1  Donald L. Samuels (CA State Bar No. 126187)
2  *donald.samuels@bryancave.com*
   Adam Brezine (CA State Bar No. 220852)
3  *adam.brezine@bryancave.com*
4  BRYAN CAVE LLP
   800 West Olympic Blvd., 4th Floor
5  Los Angeles, CA  90015
6  Telephone:  (213) 572-4300
   Facsimile: (213) 572-4400
7
8  Katherine Keating (CA State Bar No. 217908)
   *katherine.keating@bryancave.com*
9  BRYAN CAVE LLP
10 560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
11 Telephone:  (415) 268-2000
12 Facsimile: (415) 268-1999

13 Attorneys for Defendant and Counter-Claimant
   City of Manhattan Beach
14

E-FILED 09-19-2012

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| DFA PVA II PARTNERS, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>    v.<br><br>IMG WORLDWIDE, INC., et al.,<br><br>            Defendants. | CASE NO. 2:11-CV-06851-PSG (FFMx)<br><br>STIPULATION TO DISMISS & ORDER<br>(Fed. R. Civ. P. 41(a) and (c)) |
| CITY OF MANHATTAN BEACH,<br><br>            Counter-Claimant,<br><br>    v.<br><br>DFA PVA II PARTNERS, LLC, a Delaware limited liability company,<br><br>            Counter-Defendant. | |

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant DFA PVA II Partners, LLC ("DFA"), Defendant and Counter-Claimant City of Manhattan Beach (the "City"), and Defendants IMG Worldwide, Inc. ("IMG"), USA Volleyball ("USAV"), Leverage Agency LLC ("Leverage Agency"), U.S. Tequila Cuervo La Rojena, S.A. De C.Y., and Jose Cuervo International, Inc., by and through their counsel of record, hereby stipulate to the dismissal of this action and all claims and counter-claims alleged therein, with prejudice, in its entirety.  Each party shall bear its own costs, fees, and expenses.  The parties respectfully request that the Clerk of the Court enter the dismissal as requested.

SO STIPULATED:

Date: Sept. 17, 2012    **WINSTON & STRAWN LLP**

By:  /s/ Jennifer A. Golinveaux

Jennifer A. Golinveaux
Attorneys for Plaintiff and Counter-Defendant
DFA PVA II PARTNERS, LLC

Date: Sept. 17, 2012    **BRYAN CAVE LLP**

By:   /s/ Katherine Keating

Katherine Keating
Attorneys for Defendant and Counter-Claimant
CITY OF MANHATTAN BEACH

Date: Sept. 17, 2012    **AKIN GUMP STRAUSS HAUER & FELD LLP**

By:  /s/ Julia I. De Beers

Julia I. De Beers
Attorneys for Defendants IMG WORLDWIDE INC., LEVERAGE AGENCY LLC, U.S. TEQUILA CUERVO LA ROJENA, S.A. DE C.Y., and JOSE CUERVO INTERNATIONAL, INC.

Date: Sept. 17, 2012         SEDGWICK LLP

By:   /s/ Matthew A. Fischer
        Matthew A. Fischer
        Attorneys for Defendant USA VOLLEYBALL

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: Sept. 17, 2012         BRYAN CAVE LLP

By:   /s/ Katherine Keating
        Katherine Keating
        Attorneys for Defendant and Counter-Claimant
        CITY OF MANHATTAN BEACH

IT IS SO ORDERED.

DATED:   9/19/12

 PHILIP S. GUTIERREZ
_____
UNITED STATES DISTRICT JUDGE

3